AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Scudder, Jr., Michael Y. | Circuit Court - Seventh Circuit | 05/14/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

219 S. Dearborn Street, Room 2742
Chicago, IL 60604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Skadden, Arps, Slate, Meagher & Flom LLP (see Part VIII) |
| 2. | Adjunct Professor of Law | Northwestern University Pritzker School of Law |
| 3. | Lecturer in Law | University of Chicago Law School |
| 4. | Director | Chicago Council on Global Affairs (see Part VIII) |
| 5. | Director | Archdiocese of Chicago School Board (see Part VIII) |
| 6. | Director | Catholic Charities of Archdiocese of Chicago (see Part VIII) |
| 7. | Director | Midtown Educational Foundation (see Part VIII) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2009 | Agreement with Skadden, Arps, Slate, Meagher & Flom LLP for the return of my capital. (See Part VIII) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/14/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Skadden, Arps, Slate, Meagher & Flom LLP - partnership income | $599,513.00 |
| 2. | 2018 | University of Chicago Law School - Teaching | $0.00 |
| 3. | 2018 | Northwestern University Prtizker School of Law - Teaching | $0.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Notre Dame Law School | November 1-2, 2018 | South Bend, IN | Law Review Symposium Keynote Address | Hotel, transportation, meals |
| 2. | The Federalist Society | November 16-17, 2018 | Washington, DC | National Lawyers Convention Panel Moderator | Hotel, transportation, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/14/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Skadden, Arps, Slate, Meagher & Flom LLP | Judicial investiture reception (see Part VIII) | $19,868.04 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Scudder, Jr., Michael Y. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JPMorgan Chase Bank Account #1 (cash account) | A | Interest | K | T | | | | | |
| 2. JPMorgan Chase Bank Account #2 (cash account) | A | Interest | L | T | | | | | |
| 3. JPMorgan Chase Bank Account #3 (cash account) | A | Interest | J | T | | | | | |
| 4. Navy Federal Credit Union Account (cash account) | A | Int./Div. | J | T | | | | | |
| 5. PNC Bank Account #1 (cash account) | A | Interest | J | T | | | | | |
| 6. PNC Bank Account #2 (cash account) | A | Interest | J | T | | | | | |
| 7. PNB Bank Account #3 (cash account) | A | Interest | J | T | | | | | |
| 8. Bank of America Account #1 (cash account) | A | Interest | J | T | | | | | |
| 9. Bank of America Account #2 (cash account) | A | Interest | J | T | | | | | |
| 10. Merrill Lynch Cash Management Account (H) (see Part VIII) | | | | | | | | | |
| 11. Bank of America Deposit Cash Account | A | Interest | | | Closed | 08/31/18 | J | | |
| 12. Merrill Lynch Investment Account (H) (see Part VIII) | | | | | | | | | |
| 13. Bank of America Deposit Cash Account | A | Interest | | | Closed | 09/18/18 | J | | |
| 14. Northeastern IL University CTFS PARTN Capital Improvement Bond | A | Interest | | | Sold | 08/08/18 | J | | |
| 15. Pfizer Inc. Stock (PFE) | A | Dividend | | | Sold | 08/08/18 | J | | |
| 16. ALPS Sector Dividend DOGS Fund (SDOG) | A | Dividend | | | Sold | 08/08/18 | K | | |
| 17. Blackrock Muni Enhanced Fund (MEN) | A | Dividend | | | Sold | 08/08/18 | K | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Fidelity Advisor Limited Term Municipal Income Fund - Class A (FASHX) | A | Dividend | | | Sold | 08/08/18 | L | | |
| 19. Fidelity Advisor Municipal Income Fund - Class A (FAMUX) | A | Dividend | | | Sold | 08/08/18 | L | | |
| 20. Invesco Municipal Opportunity Trust Fund (VMO) | A | Dividend | | | Sold | 08/08/18 | J | | |
| 21. Legg Mason Low Volatility - High Dividend ETF (LVHD) | A | Dividend | | | Sold | 08/08/18 | K | | |
| 22. Nuveen Municipal Value Fund (NUV) | A | Dividend | | | Sold | 08/08/18 | J | | |
| 23. Nuveen New York Quality Municipal Income Fund (NAN) | A | Dividend | | | Sold | 08/08/18 | K | | |
| 24. Nuveen Enhanced Municipal Value Fund (NEV) | A | Dividend | | | Sold | 08/08/18 | J | | |
| 25. Nuveen Municipal 2021 Target Term Fund (NHA) | A | Dividend | | | Sold | 08/08/18 | J | | |
| 26. Nuveen Intermediate Duration Municipal Term Fund (NID) | A | Dividend | | | Sold | 08/08/18 | K | | |
| 27. Invesco National AMT Free Municipal Bond (PZA) | A | Dividend | | | Sold | 08/08/18 | K | | |
| 28. Tekla World Healthcare Fund (THW) | A | Dividend | | | Sold | 08/08/18 | K | | |
| 29. Vaneck Vectors Fallen Angel High Yield Bond Fund (ANGL) | A | Dividend | | | Sold | 08/08/18 | J | | |
| 30. Citi Private Bank Investment Account (H) | | | | | | | | | |
| 31. Western Asset Institutional Government Money Market Deposit Account | A | Interest | K | T | | | | | |
| 32. iShares Russell TR 1000 Value ETF (IWD) | C | Dividend | L | T | Buy (add'l) | 01/19/18 | K | | |
| 33. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 34. | | | | | Buy (add'l) | 03/13/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 36. | | | | | Sold (part) | 05/07/18 | J | A | |
| 37. | | | | | Sold (part) | 08/02/18 | J | A | |
| 38.    iShares Russell TR 1000 Growth ETF (IWF) | B | Dividend | L | T | Buy (add'l) | 01/19/18 | K | | |
| 39. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 40. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 41. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 42. | | | | | Sold (part) | 05/07/18 | J | A | |
| 43. | | | | | Sold (part) | 08/02/18 | J | B | |
| 44.    iShares TR Russell 2000 ETF (IWM) | A | Dividend | K | T | Buy (add'l) | 01/19/18 | J | | |
| 45. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 46. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 47. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 48. | | | | | Sold (part) | 05/07/18 | J | A | |
| 49. | | | | | Sold (part) | 08/02/18 | J | A | |
| 50.    iShares TR JPMorgan USD Emerging Markets Bond ETF (EMB) | C | Dividend | L | T | Buy (add'l) | 01/19/18 | K | | |
| 51. | | | | | Buy (add'l) | 02/01/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 53. | | | | | Sold (part) | 04/02/18 | J | | |
| 54. | | | | | Buy (add'l) | 05/07/18 | J | | |
| 55. PIMCO ETF TR Enhanced Short Maturity Active ETF (MINT) | A | Dividend | K | T | Buy (add'l) | 01/19/18 | J | | |
| 56. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 57. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 58. | | | | | Sold (part) | 04/02/18 | J | | |
| 59. SPDR Bloomberg Barclays High Yield Bond ETF (JNK) | B | Dividend | K | T | Buy (add'l) | 01/19/18 | J | | |
| 60. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 61. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 62. | | | | | Sold (part) | 04/02/18 | J | | |
| 63. | | | | | Sold (part) | 05/07/18 | J | | |
| 64. | | | | | Sold (part) | 08/02/18 | J | | |
| 65. SPDR Nuveen Bloomberg Barclays Municipal Bond ETF (TFI) | D | Dividend | N | T | Buy (add'l) | 01/19/18 | M | | |
| 66. | | | | | Sold (part) | 02/01/18 | K | A | |
| 67. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 68. | | | | | Sold (part) | 04/02/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 05/07/18 | J | | |
| 70. | | | | | Buy (add'l) | 08/02/18 | J | | |
| 71. SPDR Nuveen Bloomberg Barclays Short Term Municipal Bond ETF (SHM) | C | Dividend | N | T | Buy (add'l) | 01/19/18 | M | | |
| 72. | | | | | Buy (add'l) | 02/01/18 | L | | |
| 73. | | | | | Buy (add'l) | 03/13/18 | K | | |
| 74. | | | | | Sold (part) | 04/02/18 | J | | |
| 75. | | | | | Buy (add'l) | 05/07/18 | J | | |
| 76. | | | | | Buy (add'l) | 08/02/18 | K | | |
| 77. Vanguard FTSE Developed Markets ETF (VEA) | C | Dividend | L | T | Buy (add'l) | 01/19/18 | K | | |
| 78. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 79. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 80. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 81. | | | | | Sold (part) | 05/07/18 | J | A | |
| 82. | | | | | Sold (part) | 08/02/18 | J | A | |
| 83. Vanguard Int'l Equity Index FDS FTSE Emerging Markets ETF (VWO) | B | Dividend | K | T | Buy (add'l) | 01/19/18 | J | | |
| 84. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 85. | | | | | Buy (add'l) | 03/13/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 87. | | | | | Buy (add'l) | 05/07/18 | J | | |
| 88. | | | | | Sold (part) | 08/02/18 | J | A | |
| 89. Citi Private Bank Individual Retirement Account #1 (H) | | | | | | | | | |
| 90. Western Asset Institutional Government Money Market Deposit Account | A | Interest | J | T | | | | | |
| 91. iShares Russell TR 1000 Value ETF (IWD) | B | Dividend | L | T | Buy (add'l) | 02/01/18 | J | | |
| 92. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 93. | | | | | Sold (part) | 08/02/18 | J | A | |
| 94. iShares Russell TR 1000 Growth ETF (IWF) | A | Dividend | L | T | Sold (part) | 02/01/18 | J | A | |
| 95. | | | | | Sold (part) | 05/07/18 | J | A | |
| 96. | | | | | Sold (part) | 08/02/18 | J | B | |
| 97. iShares TR Russell 2000 ETF (IWM) | A | Dividend | J | T | Sold (part) | 04/02/18 | J | A | |
| 98. | | | | | Sold (part) | 05/07/18 | J | A | |
| 99. | | | | | Sold (part) | 08/02/18 | J | A | |
| 100. iShares TR JPMorgan USD Emerging MKTs Bond ETF (EMB) | A | Dividend | J | T | Buy | 02/01/18 | J | | |
| 101. | | | | | Sold (part) | 04/02/18 | J | | |
| 102. | | | | | Sold (part) | 05/07/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. iShares TR Short-Term Corp. Bond ETF (IGSB) | A | Dividend | J | T | Buy | 08/02/18 | J | | |
| 104. SPDR Bloomberg Barclays High Yield Bond Fund ETF (JNK) | A | Dividend | | | Sold (part) | 02/01/18 | J | | |
| 105. | | | | | Sold (part) | 02/01/18 | J | | |
| 106. | | | | | Sold | 02/01/18 | J | A | |
| 107. Vanguard Total Bond Market ETF (BND) | A | Dividend | K | T | Buy (add'l) | 02/01/18 | J | | |
| 108. | | | | | Sold (part) | 04/02/18 | J | | |
| 109. | | | | | Buy (add'l) | 05/07/18 | J | | |
| 110. | | | | | Buy (add'l) | 08/02/18 | J | | |
| 111. Vanguard FTSE Developed Markets ETF (VEA) | B | Dividend | L | T | Sold (part) | 02/01/18 | J | A | |
| 112. | | | | | Sold (part) | 05/07/18 | J | A | |
| 113. Vanguard Charlotte FDS Total International Bond ETF (BNDX) | A | Dividend | J | T | Sold (part) | 02/01/18 | J | | |
| 114. Vanguard Int'l Equity Index FDS FTSE Emerging Markets ETF (VWO) | A | Dividend | K | T | Sold (part) | 02/01/18 | J | | |
| 115. | | | | | Sold (part) | 08/02/18 | J | | |
| 116. TD Ameritrade Investment Account #1 (H) | | | | | | | | | |
| 117. TD Ameritrade FDIC Insured Deposit Account (cash account) | A | Interest | J | T | | | | | |
| 118. Guggenheim BulletShares 2021 ETF (BSCL) | B | Dividend | L | T | Buy (add'l) | 01/16/18 | L | | |
| 119. | | | | | Buy (add'l) | 08/16/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 12/06/18 | J | | |
| 121. | | | | | Sold (part) | 12/17/18 | J | | |
| 122. Guggenheim BulletShares 2020 ETF (BSCK) | B | Dividend | L | T | Buy (add'l) | 01/16/18 | M | | |
| 123. | | | | | Sold (part) | 08/16/18 | K | | |
| 124. | | | | | Sold (part) | 12/06/18 | J | | |
| 125. | | | | | Sold (part) | 12/17/18 | J | | |
| 126. Guggenheim BulletShares 2022 ETF (BSCM) | B | Dividend | L | T | Buy | 08/16/18 | L | | |
| 127. | | | | | Sold (part) | 12/06/18 | J | | |
| 128. | | | | | Sold (part) | 12/17/18 | J | | |
| 129. Guggenheim 2023 Corporate Bond ETF (BSCN) | B | Dividend | L | T | Buy | 08/16/18 | J | | |
| 130. | | | | | Buy (add'l) | 08/16/18 | L | | |
| 131. | | | | | Sold (part) | 12/06/18 | J | | |
| 132. | | | | | Sold (part) | 12/17/18 | J | | |
| 133. Invesco Bullet Shares 2024 Corporate Bond ETF (BSCO) | B | Dividend | L | T | Buy | 08/16/18 | L | | |
| 134. | | | | | Sold (part) | 12/17/18 | J | | |
| 135. Guggenheim Ultra Short Duration ETF (GSY) | A | Dividend | | | Buy (add'l) | 01/16/18 | K | | |
| 136. | | | | | Sold (part) | 08/16/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 10/16/18 | K | A | |
| 138. iShares Core High Dividend ETF (HDV) | B | Dividend | K | T | Buy (add'l) | 09/19/18 | J | | |
| 139. iShares Gold Trust ETF (IAU) | | None | K | T | Buy (add'l) | 01/16/18 | J | | |
| 140. | | | | | Buy (add'l) | 09/19/18 | J | | |
| 141. | | | | | Sold (part) | 12/17/18 | J | | |
| 142. ProShares Short S&P 500 New ETF (SH) | | None | | | Buy (add'l) | 01/16/18 | J | | |
| 143. | | | | | Sold | 02/06/18 | K | | |
| 144. Vanguard Dividend Appreciation ETF (VIG) | A | Dividend | K | T | Buy (add'l) | 09/19/18 | J | | |
| 145. | | | | | Sold (part) | 10/16/18 | J | | |
| 146. Vanguard Growth ETF (VUG) | A | Dividend | K | T | Buy (add'l) | 09/19/18 | K | | |
| 147. | | | | | Sold (part) | 10/16/18 | K | | |
| 148. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 149. Vanguard Value ETF (VTV) | B | Dividend | L | T | Buy (add'l) | 02/06/18 | J | | |
| 150. | | | | | Buy (add'l) | 09/19/18 | K | | |
| 151. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 152. Vanguard Total Stock Market ETF (VTI) | B | Dividend | K | T | Buy (add'l) | 09/19/18 | K | | |
| 153. | | | | | Sold (part) | 10/16/18 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. DoubleLine Flexible Income Fund I (DFLEX) | C | Dividend | L | T | Buy (add'l) | 01/16/18 | L | | |
| 155. | | | | | Sold (part) | 08/16/18 | K | | |
| 156. DoubleLine Low Duration Bond Fund Class I (DBLSX) | C | Dividend | M | T | Buy (add'l) | 01/16/18 | J | | |
| 157. | | | | | Sold (part) | 12/06/18 | J | | |
| 158. | | | | | Sold (part) | 12/17/18 | J | | |
| 159. Wisdom Tree Emerging Markets Equity Income Fund (DEM) | A | Dividend | J | T | Buy | 10/16/18 | J | | |
| 160. Wisdom Tree International LargeCap Dividend Fund (DOL) | A | Dividend | K | T | Buy | 10/16/18 | K | | |
| 161. Wisdom Tree U.S. Total Market Fund (EXT) | A | Dividend | K | T | Buy | 10/16/18 | K | | |
| 162. SPDR Bloomberg Barclays Investment Grade Floating Rate ETF (FLRN) | A | Dividend | K | T | Buy | 10/16/18 | K | | |
| 163. | | | | | Sold (part) | 12/17/18 | J | | |
| 164. SPDR SSGA U.S. Large Cap Low Volatility Index ETF (LGLV) | A | Dividend | K | T | Buy | 10/17/18 | K | | |
| 165. Federated Drive Cash Obligations Fund (PRCXX) | A | Dividend | K | T | Buy | 08/16/18 | L | | |
| 166. | | | | | Sold (part) | 09/19/18 | L | | |
| 167. | | | | | Sold (part) | 12/17/18 | J | | |
| 168. SPDR Portfolio Short Term Treasury ETF (SPTS) | A | Dividend | | | Buy | 02/06/18 | K | | |
| 169. | | | | | Sold (part) | 08/02/18 | K | | |
| 170. | | | | | Buy (add'l) | 08/16/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 10/16/18 | L | | |
| 172. Wisdom Tree Floating Rate Treasury Fund (USFR) | A | Dividend | L | T | Buy | 10/16/18 | L | | |
| 173. | | | | | Sold (part) | 12/17/18 | J | A | |
| 174. Northeastern IL University CTFS PARTN Capital Improvement Bond | A | Dividend | | | Sold | 09/18/18 | J | | |
| 175. Vaneck Vectors Fallen Angel High Yield Bond Fund (ANGL) | | None | | | Sold | 08/16/18 | J | A | |
| 176. Fidelity Advisor Limited Term Municipal Income Fund - Class A (FASHX) | A | Dividend | | | Sold | 08/16/18 | L | | |
| 177. Fidelity Advisor Municipal Income A (FHUGX) | A | Dividend | | | Sold | 08/16/18 | L | | |
| 178. Lord Abbett Short Duration Income Fund Class A (LALDX) | A | Dividend | | | Sold | 01/16/18 | M | | |
| 179. Legg Mason Low Volatility - High Dividend ETF (LVHD) | | None | | | Sold | 08/16/18 | K | B | |
| 180. Blackrock Muni Enhanced Fund (MEN) | A | Dividend | | | Sold | 08/16/18 | K | | |
| 181. Nuveen New York Quality Municipal Income Fund (NAN) | A | Dividend | | | Sold | 08/16/18 | K | | |
| 182. Nuveen Enhanced Municipal Value Fund (NEV) | A | Dividend | | | Sold | 08/16/18 | J | A | |
| 183. Nuveen Municipal 2021 Target Term Fund (NHA) | A | Dividend | | | Sold | 08/16/18 | J | | |
| 184. Nuveen Intermediate Duration Municipal Term Fund (NID) | A | Dividend | | | Sold | 08/16/18 | K | | |
| 185. Nuveen Municipal Value Fund (NUV) | A | Dividend | | | Sold | 08/16/18 | J | | |
| 186. Pfizer Inc. Stock (PFE) | | None | | | Sold | 08/16/18 | J | B | |
| 187. Invesco National AMT-Free Municipal Bond ETF (PZA) | | None | | | Sold | 08/16/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. ALPS Sector Dividend Dogs ETF (SDOG) | | None | | | Sold | 08/16/18 | K | B | |
| 189. Tekla World Healthcare Fund (THW) | | None | | | Sold | 08/16/18 | K | B | |
| 190. SPDR DoubleLine Total Return Tactical ETF (TOTL) | | None | | | Sold | 01/16/18 | L | | |
| 191. Invesco Municipal Opportunity Trust Fund (VMO) | A | Dividend | | | Sold | 08/16/18 | J | | |
| 192. Wells Fargo Short-Term High Yield Bond Fund (WDHYX) | A | Dividend | | | Sold | 01/16/18 | M | | |
| 193. TD Ameritrade Investment Account #2 (H) | | | | | | | | | |
| 194. TD Ameritrade FDIC Insured Deposit Account (cash account) | A | Interest | J | T | | | | | |
| 195. Guggenheim 2023 Corporate Bond ETF (BSCN) | A | Dividend | J | T | Buy (add'l) | 01/16/18 | J | | |
| 196. | | | | | Sold (part) | 12/21/18 | J | | |
| 197. Guggenheim BulletShares 2022 ETF (BSCM) | A | Dividend | J | T | Buy (add'l) | 01/16/18 | J | | |
| 198. | | | | | Sold (part) | 12/21/18 | J | | |
| 199. Guggenheim BulletShares 2021 ETF (BSCL) | A | Dividend | J | T | Buy (add'l) | 01/16/18 | J | | |
| 200. | | | | | Sold (part) | 12/21/18 | J | | |
| 201. Guggenheim BulletShares 2020 ETF (BSCK) | A | Dividend | J | T | Buy (add'l) | 01/16/18 | J | | |
| 202. | | | | | Sold (part) | 12/21/18 | J | | |
| 203. iShares Core High Dividend ETF (HDV) | A | Dividend | J | T | Buy (add'l) | 12/21/18 | J | | |
| 204. iShares Gold Trust ETF (IAU) | | None | J | T | Buy (add'l) | 01/16/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. ProShares Short S&P 500 New ETF (SH) | | None | | | Buy (add'l) | 01/16/18 | J | | |
| 206. | | | | | Sold | 02/06/18 | J | | |
| 207. Vanguard Dividend Appreciation ETF (VIG) | A | Dividend | J | T | Buy (add'l) | 12/21/18 | J | | |
| 208. Vanguard All-World ex-US ETF (VEU) | A | Dividend | J | T | Buy (add'l) | 01/16/18 | J | | |
| 209. | | | | | Sold (part) | 10/12/18 | J | | |
| 210. Vanguard Growth ETF (VUG) | A | Dividend | J | T | Buy (add'l) | 02/06/18 | J | | |
| 211. | | | | | Sold (part) | 10/12/18 | J | A | |
| 212. Vanguard Value ETF (VTV) | A | Dividend | J | T | Buy (add'l) | 01/16/18 | J | | |
| 213. | | | | | Sold (part) | 12/21/18 | J | | |
| 214. Vanguard Total Stock Market ETF (VTI) | A | Dividend | J | T | Buy (add'l) | 01/16/18 | J | | |
| 215. | | | | | Sold (part) | 10/12/18 | J | A | |
| 216. DoubleLine Flexible Income Fund I (DFLEX) | A | Dividend | | | Buy (add'l) | 01/16/18 | J | | |
| 217. | | | | | Sold | 12/21/18 | J | | |
| 218. DoubleLine Low Duration Bond Fund Class I (DBLSX) | A | Dividend | J | T | Sold (part) | 12/21/18 | J | | |
| 219. Wisdom Tree Emerging Markets Equity Income Fund (DEM) | A | Dividend | J | T | Buy | 10/12/18 | J | | |
| 220. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 221. Wisdom Tree International LargeCap Dividend Fund (DOL) | A | Dividend | J | T | Buy | 10/12/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 223. Wisdom Tree U.S. SmallCap Quality Dividend Growth Fund (DGRS) | A | Dividend | J | T | Buy | 12/21/18 | J | | |
| 224. Wisdom Tree U.S.SmallCap Fund (EES) | A | Dividend | J | T | Buy | 12/21/18 | J | | |
| 225. Wisdom Tree U.S. Total Market Fund (EXT) | A | Dividend | J | T | Buy | 10/12/18 | J | | |
| 226. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 227. SPDR Bloomberg Barclays Investment Grade Floating Rate ETF (FLRN) | A | Dividend | J | T | Buy | 10/12/18 | J | | |
| 228. Guggenheim Ultra Short Duration ETF (GSY) | A | Dividend | | | Sold | 01/16/18 | J | | |
| 229. Wisdom Tree International Quality Dividend Growth Fund (IQDG) | A | Dividend | J | T | Buy | 10/12/18 | J | | |
| 230. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 231. Lord Abbett Short Duration Income Fund Class A (LALDX) | A | Dividend | | | Sold | 01/16/18 | J | | |
| 232. SPDR SSGA U.S. LargeCap Low Volatility Index ETF (LGLV) | A | Dividend | | | Buy | 10/12/18 | J | | |
| 233. | | | | | Sold | 12/21/18 | J | | |
| 234. SPDR Portfolio Short Term Treasury ETF (SPTS) | A | Dividend | | | Buy | 02/06/18 | J | | |
| 235. | | | | | Sold | 10/12/18 | J | | |
| 236. Vanguard Small-Cap Growth ETF (VBK) | A | Dividend | J | T | Buy | 12/21/18 | J | | |
| 237. Vanguard Small-Cap Value ETF (VBR) | A | Dividend | J | T | Buy | 12/21/18 | J | | |
| 238. Vanguard High Dividend (VYM) | A | Dividend | J | T | Buy | 12/21/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 239. Wells Fargo Short-Term High Yield Bond Fund (WDHYX) | A | Dividend | | | Sold | 01/16/18 | J | | |
| 240. TD Ameritrade Investment Account #3 (H) | | | | | | | | | |
| 241. TD Ameritrade FDIC Insured Deposit Account (cash account) | A | Interest | J | T | | | | | |
| 242. Invesco BulletShares 2019 Corporate Bond ETF (BSCJ) | A | Dividend | L | T | Buy | 09/19/18 | L | | |
| 243. | | | | | Sold (part) | 10/23/18 | J | | |
| 244. | | | | | Sold (part) | 12/06/18 | J | | |
| 245. Guggenheim BulletShares 2020 ETF (BSCK) | A | Dividend | L | T | Buy | 09/19/18 | J | | |
| 246. | | | | | Buy (add'l) | 09/19/18 | J | | |
| 247. | | | | | Buy (add'l) | 09/19/18 | J | | |
| 248. | | | | | Buy (add'l) | 09/19/18 | L | | |
| 249. | | | | | Sold (part) | 10/23/18 | J | | |
| 250. | | | | | Sold (part) | 12/06/18 | J | | |
| 251. Guggenheim BulletShares 2021 ETF (BSCL) | A | Dividend | L | T | Buy | 09/19/18 | L | | |
| 252. | | | | | Sold (part) | 10/23/18 | J | | |
| 253. | | | | | Sold (part) | 12/06/18 | J | | |
| 254. DoubleLine Flexible Income Fund I (DFLEX) | A | Dividend | K | T | Buy | 09/19/18 | K | | |
| 255. SPDR S&P Emerging Markets Dividend ETF (EDIV) | A | Dividend | J | T | Buy | 09/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. | | | | | Buy (add'l) | 10/16/18 | J | | |
| 257. | | | | | Buy (add'l) | 10/23/18 | J | | |
| 258. iShares Gold Trust ETF (IAU) | | None | K | T | Buy | 09/19/18 | K | | |
| 259. | | | | | Buy (add'l) | 10/16/18 | J | | |
| 260. | | | | | Buy (add'l) | 10/23/18 | J | | |
| 261. Federated Drive Cash Obligations Fund (PRCXX) | A | Dividend | | | Buy | 09/19/18 | M | | |
| 262. | | | | | Sold (part) | 10/16/18 | L | | |
| 263. | | | | | Sold | 10/23/18 | M | | |
| 264. Invesco FTSE RAFI U.S. 1000 ETF (PRF) | A | Dividend | K | T | Buy | 09/19/18 | K | | |
| 265. | | | | | Buy (add'l) | 10/16/18 | J | | |
| 266. | | | | | Buy (add'l) | 10/23/18 | J | | |
| 267. Invesco FTSE RAFI Developed Markets ex-U.S. ETF (PXF) | A | Dividend | J | T | Buy | 09/19/18 | J | | |
| 268. | | | | | Buy (add'l) | 10/16/18 | J | | |
| 269. | | | | | Buy (add'l) | 10/23/18 | J | | |
| 270. Invesco FTSE RAFI Emerging Markets ETF (PXH) | A | Dividend | J | T | Buy | 09/19/18 | J | | |
| 271. | | | | | Buy (add'l) | 10/16/18 | J | | |
| 272. | | | | | Buy (add'l) | 10/23/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. SPDR Portfolio Developed World ex-U.S. ETF (SPDW) | A | Dividend | J | T | Buy | 09/19/18 | J | | |
| 274. | | | | | Buy (add'l) | 10/16/18 | J | | |
| 275. | | | | | Buy (add'l) | 10/23/18 | J | | |
| 276. SPDR Portfolio Total Stock Market ETF (SPTM) | A | Dividend | L | T | Buy | 09/19/18 | K | | |
| 277. | | | | | Buy (add'l) | 10/16/18 | K | | |
| 278. | | | | | Buy (add'l) | 10/23/18 | K | | |
| 279. SPDR Portfolio S&P 500 High Dividend ETF (SPYD) | A | Dividend | K | T | Buy | 09/19/18 | K | | |
| 280. | | | | | Buy (add'l) | 10/16/18 | J | | |
| 281. | | | | | Buy (add'l) | 10/23/18 | J | | |
| 282. SPDR Portfolio S&P 500 Growth ETF (SPYG) | A | Dividend | L | T | Buy | 09/19/18 | K | | |
| 283. | | | | | Buy (add'l) | 10/16/18 | K | | |
| 284. | | | | | Buy (add'l) | 10/23/18 | K | | |
| 285. SPDR Portfolio S&P 500 Value ETF (SPYV) | A | Dividend | L | T | Buy | 09/19/18 | K | | |
| 286. | | | | | Buy (add'l) | 10/16/18 | K | | |
| 287. | | | | | Buy (add'l) | 10/23/18 | K | | |
| 288. T. Rowe Price Ultra Short-Term Bond Fund (TRBUX) | A | Dividend | L | T | Buy | 09/19/18 | L | | |
| 289. SPDR SSGA Ultra Short Term Bond Fund ETF (ULST) | A | Dividend | K | T | Buy | 09/19/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 10/23/18 | J | A | |
| 291. | | | | | Sold (part) | 12/17/18 | J | | |
| 292. TD Ameritrade Individual Retirement Account #1 (H) | | | | | | | | | |
| 293. TD Ameritrade FDIC Insured Deposit Account (cash account) | A | Interest | J | T | | | | | |
| 294. DoubleLine Low Duration Bond Fund Class I (DBLSX) | A | Dividend | L | T | Buy | 08/15/18 | J | | |
| 295. | | | | | Buy (add'l) | 09/19/18 | K | | |
| 296. | | | | | Sold (part) | 10/12/18 | J | | |
| 297. | | | | | Buy (add'l) | 11/07/18 | L | | |
| 298. | | | | | Sold (part) | 12/18/18 | J | | |
| 299. Wisdom Tree Emerging Markets Equity Income Fund (DEM) | A | Dividend | J | T | Buy | 10/12/18 | J | | |
| 300. | | | | | Buy (add'l) | 11/07/18 | J | | |
| 301. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 302. Wisdom Tree Emerging Markets Quality Dividend Growth Fund (DGRE) | A | Dividend | J | T | Buy | 10/12/18 | J | | |
| 303. | | | | | Buy (add'l) | 11/07/18 | J | | |
| 304. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 305. Wisdom Tree U.S. SmallCap Quality Dividend Growth Fund (DGRS) | A | Dividend | K | T | Buy | 10/12/18 | J | | |
| 306. | | | | | Buy (add'l) | 11/07/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 308. Wisdom Tree International LargeCap Dividend Fund (DOL) | A | Dividend | J | T | Buy | 10/12/18 | J | | |
| 309. | | | | | Buy (add'l) | 11/07/18 | J | | |
| 310. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 311. Wisdom Tree U.S.SmallCap Fund (EES) | A | Dividend | J | T | Buy | 10/12/18 | J | | |
| 312. | | | | | Buy (add'l) | 11/07/18 | J | | |
| 313. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 314. Wisdom Tree U.S. Total Market Fund (EXT) | A | Dividend | K | T | Buy | 10/12/18 | J | | |
| 315. | | | | | Buy (add'l) | 11/07/18 | J | | |
| 316. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 317. Wisdom Tree U.S. Mid Cap Fund (EZM) | A | Dividend | K | T | Buy | 10/12/18 | J | | |
| 318. | | | | | Buy (add'l) | 11/07/18 | J | | |
| 319. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 320. SPDR Bloomberg Barclays Investment Grade Floating Rate ETF (FLRN) | A | Dividend | K | T | Buy | 10/12/18 | J | | |
| 321. | | | | | Buy (add'l) | 11/07/18 | K | | |
| 322. Guggenheim Ultra Short Duration ETF (GSY) | A | Dividend | | | Buy | 08/15/18 | J | | |
| 323. | | | | | Buy (add'l) | 09/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold | 10/12/18 | J | | |
| 325. iShares Gold Trust ETF (IAU) | | None | K | T | Buy | 08/15/18 | J | | |
| 326. | | | | | Buy (add'l) | 09/19/18 | J | | |
| 327. | | | | | Buy (add'l) | 11/07/18 | K | | |
| 328. | | | | | Sold (part) | 12/18/18 | J | A | |
| 329. Wisdom Tree International Quality Dividend Growth Fund (IQDG) | A | Dividend | J | T | Buy | 10/12/18 | J | | |
| 330. | | | | | Buy (add'l) | 11/07/18 | J | | |
| 331. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 332. Federated Drive Cash Obligations Fund (PRCXX) | A | Dividend | | | Buy | 09/19/18 | J | | |
| 333. | | | | | Sold (part) | 10/12/18 | J | | |
| 334. | | | | | Buy (add'l) | 11/07/18 | M | | |
| 335. | | | | | Sold | 11/15/18 | M | | |
| 336. SPDR Portfolio Emerging Markets ETF (SPEM) | A | Dividend | J | T | Buy | 09/19/18 | J | | |
| 337. | | | | | Buy (add'l) | 11/07/18 | J | | |
| 338. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 339. SPDR Portfolio Short Term Treasury ETF (SPTS) | A | Dividend | K | T | Buy | 08/15/18 | J | | |
| 340. | | | | | Buy (add'l) | 09/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 11/07/18 | K | | |
| 342. | | | | | Sold (part) | 12/18/18 | J | A | |
| 343. Vanguard Small-Cap Growth ETF (VBK) | A | Dividend | J | T | Buy | 08/15/18 | J | | |
| 344. | | | | | Buy (add'l) | 09/19/18 | J | | |
| 345. | | | | | Sold (part) | 10/12/18 | J | | |
| 346. | | | | | Buy (add'l) | 11/07/18 | J | | |
| 347. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 348. Vanguard Small-Cap Value ETF (VBR) | A | Dividend | K | T | Buy | 08/15/18 | J | | |
| 349. | | | | | Buy (add'l) | 09/19/18 | J | | |
| 350. | | | | | Sold (part) | 10/12/18 | J | | |
| 351. | | | | | Buy (add'l) | 11/07/18 | J | | |
| 352. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 353. Vanguard FTSE All-World ex-U.S. ETF (VEU) | A | Dividend | K | T | Buy | 08/15/18 | J | | |
| 354. | | | | | Buy (add'l) | 09/19/18 | J | | |
| 355. | | | | | Sold (part) | 10/12/18 | J | | |
| 356. | | | | | Buy (add'l) | 11/07/18 | J | | |
| 357. | | | | | Buy (add'l) | 11/15/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Vanguard Mid-Cap ETF (VO) | A | Dividend | K | T | Buy | 08/15/18 | J | | |
| 359. | | | | | Buy (add'l) | 09/19/18 | J | | |
| 360. | | | | | Sold (part) | 10/12/18 | J | | |
| 361. | | | | | Buy (add'l) | 11/07/18 | J | | |
| 362. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 363. Vanguard Total Stock Market ETF (VTI) | A | Dividend | L | T | Buy | 08/15/18 | J | | |
| 364. | | | | | Buy (add'l) | 09/19/18 | K | | |
| 365. | | | | | Sold (part) | 10/12/18 | J | | |
| 366. | | | | | Buy (add'l) | 11/07/18 | K | | |
| 367. | | | | | Buy (add'l) | 11/15/18 | K | | |
| 368. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 369. Vanguard Value ETF (VTV) | A | Dividend | L | T | Buy | 08/15/18 | K | | |
| 370. | | | | | Buy (add'l) | 09/19/18 | K | | |
| 371. | | | | | Buy (add'l) | 11/07/18 | K | | |
| 372. | | | | | Buy (add'l) | 11/15/18 | K | | |
| 373. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 374. Vanguard Growth ETF (VUG) | A | Dividend | L | T | Buy | 08/15/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy (add'l) | 09/19/18 | K | | |
| 376. | | | | | Sold (part) | 10/12/18 | J | | |
| 377. | | | | | Buy (add'l) | 11/07/18 | K | | |
| 378. | | | | | Buy (add'l) | 11/15/18 | K | | |
| 379. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 380. TD Ameritrade Individual Retirement Account #2 (H) | | | | | | | | | |
| 381. TD Ameritrade FDIC Insured Deposit Account (cash account) | A | Interest | J | T | | | | | |
| 382. SPDR S&P Emerging Markets Small Cap ETF (EWX) | A | Dividend | J | T | | | | | |
| 383. SPDR S&P International Small Cap ETF (GWX) | A | Dividend | J | T | | | | | |
| 384. Federated Drive Cash Obligations Fund (PRCXX) | A | Dividend | | | Buy | 08/31/18 | K | | |
| 385. | | | | | Sold | 09/19/18 | K | | |
| 386. SPDR S&P 600 Small Cap Value ETF (SLYV) | A | Dividend | J | T | Buy | 10/12/18 | J | | |
| 387. SPDR Portfolio Developed World ex-U.S. ETF (SPDW) | A | Dividend | J | T | Buy | 08/15/18 | J | | |
| 388. | | | | | Buy (add'l) | 08/27/18 | J | | |
| 389. SPDR Portfolio Emerging Markets ETF (SPEM) | A | Dividend | J | T | Buy | 08/15/18 | J | | |
| 390. | | | | | Buy (add'l) | 08/27/18 | J | | |
| 391. SPDR Portfolio Large Cap ETF (SPLG) | A | Dividend | K | T | Buy | 08/15/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Buy (add'l) | 08/27/18 | J | | |
| 393. SPDR Portfolio Small Cap ETF (SPSM) | A | Dividend | J | T | Buy | 08/15/18 | J | | |
| 394. | | | | | Buy (add'l) | 08/27/18 | J | | |
| 395. | | | | | Sold (part) | 10/12/18 | J | | |
| 396. SPDR Portfolio S&P 500 High Dividend ETF (SPYD) | A | Dividend | J | T | Buy | 08/15/18 | J | | |
| 397. | | | | | Buy (add'l) | 09/19/18 | J | | |
| 398. SPDR Portfolio S&P 500 Growth ETF (SPYG) | A | Dividend | J | T | Buy | 08/15/18 | J | | |
| 399. | | | | | Buy (add'l) | 09/19/18 | J | | |
| 400. SPDR Portfolio S&P 500 Value ETF (SPYV) | A | Dividend | J | T | Buy | 08/15/18 | J | | |
| 401. | | | | | Buy (add'l) | 09/19/18 | J | | |
| 402. TD Ameritrade Individual Retirement Account #3 (H) | | | | | | | | | |
| 403. TD Ameritrade FDIC Insured Deposit Account (cash account) | A | Interest | J | T | | | | | |
| 404. Vanguard Total Bond Market ETF (BND) | A | Dividend | J | T | Buy | 09/19/18 | J | | |
| 405. | | | | | Buy (add'l) | 10/12/18 | J | | |
| 406. Federated Drive Cash Obligations Fund (PRCXX) | A | Dividend | | | Buy | 09/19/18 | K | | |
| 407. | | | | | Sold | 10/12/18 | K | | |
| 408. Vanguard Small-Cap Index Fund ETF (VB) | A | Dividend | J | T | Buy | 09/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Buy (add'l) | 10/12/18 | J | | |
| 410. Vanguard Short-Term Corporate Bond (VCSH) | A | Dividend | J | T | Buy | 09/19/18 | J | | |
| 411. | | | | | Buy (add'l) | 10/12/18 | J | | |
| 412. Vanguard FTSE Developed Markets ETF (VEA) | A | Dividend | J | T | Buy | 09/19/18 | J | | |
| 413. | | | | | Buy (add'l) | 10/12/18 | J | | |
| 414. Vanguard Short-Term Treasury Index Fund ETF Shares (VGSH) | A | Dividend | J | T | | | | | |
| 415. Vanguard Dividend Appreciation ETF (VIG) | A | Dividend | J | T | Buy | 09/19/18 | J | | |
| 416. | | | | | Buy (add'l) | 10/12/18 | J | | |
| 417. Vanguard Total Stock Market ETF (VTI) | A | Dividend | J | T | Buy | 09/19/18 | J | | |
| 418. | | | | | Buy (add'l) | 10/12/18 | J | | |
| 419. Vanguard Value ETF (VTV) | A | Dividend | J | T | Buy | 09/19/18 | J | | |
| 420. | | | | | Buy (add'l) | 10/12/18 | J | | |
| 421. Vanguard Growth ETF (VUG) | A | Dividend | J | T | Buy | 09/19/18 | J | | |
| 422. | | | | | Buy (add'l) | 10/12/18 | J | | |
| 423. Vanguard FTSE Emerging Markets ETF (VWO) | A | Dividend | J | T | | | | | |
| 424. Skadden Arps Retirement Savings Plan (H) (see Part VIII) | | | | | | | | | |
| 425. Vanguard Federal Money Market Fund (VMFXX) | A | Dividend | | | Sold | 08/01/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. Vanguard Wellington Admiral Fund (VWENX) | A | Dividend | | | Sold | 08/01/18 | K | | |
| 427. Vanguard Institutional Target Retirement Income Fund (VITRX) | B | Dividend | | | Sold | 08/01/18 | M | | |
| 428. FPS Trust Individual Retirement Account #3 (H) (see Part VIII) | | | | | | | | | |
| 429. Standard Insurance Co. IRA Stable Asset Fund | A | Dividend | | | Sold | 09/13/18 | K | | |
| 430. Illinois Bright Directions 529 Account (H) | | | | | | | | | |
| 431. Invesco Government Agency Portfolio C | | None | K | T | | | | | |
| 432. Bright Directions Age-Based Allocation | | None | L | T | | | | | |
| 433. West Virginia Smart Select 529 Account #1 (H) (see Part VIII) | | | | | | | | | |
| 434. All Equity Portfolio D | | None | K | T | | | | | |
| 435. West Virginia Smart Select 529 Account #2 (H) (see Part VIII) | | | | | | | | | |
| 436. All Equity Portfolio D | | None | K | T | | | | | |
| 437. Farmland - LaGrange County, Indiana | B | Rent | M | W | | | | | |
| 438. REC RT, L.L.C. 125 12.5% Preferred Units (REIT) | A | Dividend | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part I, I have disclosed all positions held at any point during 2018. In connection with joining the U.S. Court of Appeals for the Seventh Circuit on May 21, 2018, I resigned from my former law firm, Skadden, Arps, Slate, Meagher & Flom LLP and from serving as a director of the non-profit organizations listed in Part I.

In Part II, I have disclosed my agreement with my former law firm, Skadden, Arps, Slate, Meagher & Flom LLP, entitling me to a return of my capital in the firm. I received the first installment of my return of capital in 2018 after joining the U.S. Court of Appeals for the Seventh Circuit. I will receive the final installment in 2019. I am no longer a participant in any retirement plan sponsored by my former law firm. All interests in such plans have been rolled over to private investment accounts with TD Ameritrade and the rollover transactions are reported in Part VII.

In Part V, I have disclosed the reception my former law firm, Skadden, Arps, Slate, Meagher & Flom LLP, sponsored in connection with my judicial investiture ceremony in July 2018. I recognize my ethical obligation to recuse myself from all cases in which Skadden Arps represents a party or otherwise participates in a case in a way that would present a conflict of interest.

In connection with joining the federal judiciary, I chose to consolidate certain investment holdings, including by transferring my investments at Merrill Lynch to accounts at TD Ameritrade. Those transfers did not generate gains or losses (but instead were in-kind) and are reported in Part VII.

As part of resigning as a partner of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP and upon joining the federal judiciary in May 2018, I ceased participating in all retirement plans and sponsored by Skadden Arps and in subsequent months in 2018 transferred my interest in the plans in which I had participated to new individual retirement accounts at TD Ameritrade. Those transactions are reported in Part VII.

In Part VII, I have disclosed two accounts in the West Virgina Smart Select 529 Plan. In both accounts, the principal is invested in an all equity portfolio. The Plan's fund manager is the Hartford Life Insurance Company. Beyond choosing an all equity portfolio concentration, I do not make or receive information about individual investment decisions within the accounts. The investment statements I receive show only the aggregate market value of the accounts at reporting dates, not specific equity holdings that the Plan chose to invest in.

# FINANCIAL DISCLOSURE REPORT

Page 31 of 31

Name of Person Reporting

Scudder, Jr., Michael Y.

Date of Report

05/14/2019

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Michael Y. Scudder, Jr.**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544